

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CLARENCE LOMAX,**

    Petitioner,

v.                                             Civil Action No. **3:13CV567**

**ERIC WILSON,**

    Respondent.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Motion to Supplement (ECF No. 6) is GRANTED;

2. The Report and Recommendation is ACCEPTED and ADOPTED; and,

3. The action is DISMISSED FOR LACK OF JURISDICTION.

Should Lomax desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Lomax.

And it is so ORDERED.

Date: 1-29-15
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge